UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| DAZELLE Y. LEWIS, | : Case No. 16-  BLS |
| | : |
| Debtor. | : |

CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

The future earnings of the Debtor are submitted to the supervision and control of the Court, and the Debtor (or the Debtor's employer) shall pay to Michael B. Joseph, Esquire, Chapter 13 Trustee, at P.O. Box 660, Memphis, TN  38101-0660**,** the sum of Two Hundred Twenty-Nine Dollars ($229.00) per month for months one (1) through sixty (60).
From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:
   1.   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C., Section 507.
   (A) Debtors' Counsel Fees: Two Thousand Five Hundred Dollars ($2,500.00) to Doreen H. Becker, Esquire, of Upright Law, at 1217 King Street, Wilm., DE 19801.
   (B)Priority taxes and other debts treated as priority under this Plan:  Full payment to The Internal Revenue service in the amount of its allowed priority tax claim; Full payment to the State of Delaware, Division of Revenue in the amount of its allowed priority tax claim.
   (C) Other Priority or Administrative Expenses:  N/A.
   2. Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain their lien(s) and shall be treated as follows:
   (A) Long term, or mortgage debt: Mortgage arrears – PRE-PETITION ARREARAGE ONLY to be paid to U.S.Bank National Assoc. in the amount of Ten Thousand Dollars ($10,000.00)(total amount of pre-petition arrears for the real property located at 623 West 38th Street, Wilmington, DE  19802). Debtor shall continue to make regular post-petition payments directly to U.S. Bank National Assoc. and to DSHA beginning with the April, 2016 payments.  This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b)(ii) and the parties shall be so governed.
   *(B)* Other secured debt – N/A.
   3.  Surrender – N/A.

   4.  Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:
   General unsecured creditors will be paid their allowed claim on a pro rata basis.

5.  Except for undistributed plan payments held by the Trustee, title to Debtor's property shall revest in the Debtor on confirmation of the Plan. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this plan.

6.  Other special provisions of the Plan:  N/A.

7.  A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801**.**

/s  Doreen H. Becker               /s/ Dazelle Y. Lewis
DOREEN H. BECKER,   #2720      DAZELLE Y. LEWIS, Debtor
Holfeld & Becker
1217 King Street
Wilmington, DE  19801
(302) 654-3535
Attorneys for Debtor

Dated: March 2, 2016

**Local Form 103**
 **Revised November 2012**

CHAPTER 13 ANALYSIS

Debtors: Dazelle Y. Lewis           Date: March 2, 2016

Case # 16-                                    Trustee Use:

Prior Bankruptcy ( ) Chapter 13 ( )        Sec. 341 Mtg. Date:_____
                                           Continued:_____
Estimated Length of Plan: 60 months        Confirmed:_____

Total debt provided for under the administrative expenses:

A. Total Priority Claims (class one)
   1. Unpaid attorneys' fees                              $    2,500.00
   2. Taxes – school & property taxes                     $       -0-
   3. Other   - income                                    $       -0-
B. Total of payments to cure defaults (class two)         $   10,000.00
C. Total of payments on secured claims (class three)      $       -0
D. Total of payments on unsecured claims (class four)     $       -0-
E. Subtotal                                               $   12,500.00
F. Total Trustee's compensation (10%)                     $    1,250.00
G. Total debt and administrative expenses                 $   13,750.00

Reconciliation with Chapter 7
H. Interest of class four creditors if Chapter 7 filed
   1. Value of debtors' interest in non-exempt property   $     -0-
   2. Plus: Value of property recoverable under avoiding
      powers                                              $     -0-
   3. Less: estimated Chapter 7 admin. Expense            $     10%
   4. Less: amounts payable to priority creditors other
      than costs of administration                        $     -0-
   5. Equals: estimated amount payable to class four
      creditors if Chapter 7 filed (if negative, enter zero)  $ -0-
I. Estimated dividend for class four under Chapter 7      $     -0-
J. Estimated dividend for class four under Plan           $     -0-

/s Doreen H.Becker                 /s/ Dazelle Y. Lewis         __
Doreen H. Becker, #2720            DAZELLE Y. LEWIS
Holfeld & Becker                    Debtor
1217 King Street
Wilmington, DE  19801
(302) 654-3535
Attorneys for Debtor